No. 88–7318.  CAIN v. SOUTH CAROLINA.  Sup. Ct. S. C.;
No. 88–7432.  WEST v. TENNESSEE.  Sup. Ct. Tenn.;
No. 89–516.  EVANS v. THOMPSON, SUPERINTENDENT, MECKLENBURG CORRECTIONAL CENTER.  C. A. 4th Cir.;
No. 89–6062.  MURTISHAW v. CALIFORNIA.  Sup. Ct. Cal.;
No. 89–6091.  RANSOM v. TEXAS.  Ct. Crim. App. Tex.;
No. 89–6324.  MOORE v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.  C. A. 11th Cir.;
No. 89–6509.  HOPKINSON v. SHILLINGER, WARDEN, ET AL. C. A. 10th Cir.;

No. 89–7007.   BAREFIELD *v.* TEXAS.   Ct. Crim. App. Tex.;
No. 89–7307.   CALLINS *v.* TEXAS.   Ct. Crim. App. Tex.;
No. 89–7308.   PICKENS *v.* ARKANSAS.   Sup. Ct. Ark.;
No. 89–7322.   BARNES *v.* THOMPSON, WARDEN.   Sup. Ct. Va.;
No. 89–7380.   BARROW *v.* ILLINOIS.   Sup. Ct. Ill.; and
No. 89–7442.   HUFFMAN *v.* INDIANA.   Sup. Ct. Ind.   Certiorari denied.   Reported below: No. 88–7318, 297 S. C. 497, 377 S. E. 2d 556; No. 88–7432, 767 S. W. 2d 387; No. 89–516, 881 F. 2d 117; No. 89–6062, 48 Cal. 3d 1001, 773 P. 2d 172; No. 89–6091, 789 S. W. 2d 572; No. 89–6324, 885 F. 2d 1497; No. 89–6509, 866 F. 2d 1185 and 888 F. 2d 1286; No. 89–7007, 784 S. W. 2d 38; No. 89–7307, 780 S. W. 2d 176; No. 89–7308, 301 Ark. 244, 783 S. W. 2d 341; No. 89–7380, 133 Ill. 2d 226, 549 N. E. 2d 240; No. 89–7442, 543 N. E. 2d 360.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.